

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GLENN J. BERNARD | CIVIL ACTION NO. 15-2023 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| KABCO BUILDERS, INC., et al | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiffs' motion to remand, doc. #8, is DENIED.

**THUS DONE AND SIGNED**, in Chambers, in Alexandria, Louisiana, on this 17 day of September, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT