U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

**MAR 0 3 2016**

TONY R. MOORE  CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GLEN J. BERNARD                    CIVIL ACTION NO. 1:15-CV-02023

VERSUS                             CHIEF JUDGE DRELL

KABCO BUILDERS, INC., et al.       MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' First and Supplemental Motions to Compel Arbitration and Stay (Docs. 13, 24) are GRANTED.

IT IS FURTHER ORDERED that the above-captioned case is STAYED and the parties are ORDERED TO PROCEED TO ARBITRATION.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3rd day of March, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE