U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 13 2018

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GLENN J. BERNARD | CIVIL ACTION 1:15-CV-02023 |
| VERSUS | JUDGE DRELL |
| KABCO BUILDERS, INC., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Bernard's Motion to Vacate Arbitration Award (Doc. 33) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 9th day of March, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT